# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kidd, Embry J. | United States District Court, Middle District of Florida | 08/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

U.S. District Court
401 W Central Blvd
Orlando, FL 32801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kidd, Embry J. | 08/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Parkway Realty Management, LLC (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Penn State Law School | Feb. 12-13, 2020 | State College, PA | Speaker | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kidd, Embry J. | 08/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Allegro Credit | Loan | None |
| 2. Capital One | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kidd, Embry J. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. ACCOUNT #1 (H) | | | | | | | | | |
| 2. FIDELITY ZERO INTERNATIONAL INDEX (FZILX) | B | Dividend | L | T | Buy (add'l) | 01/03/20 | J | | |
| 3. FIDELITY ZERO TOTAL MARKET INDEX (FZROX) | A | Dividend | L | T | | | | | |
| 4. ACCOUNT #2 (H) | | | | | | | | | |
| 5. BANK OF OK (cash) (Y) | | | | | | | | | |
| 6. FIDELITY ZERO INTERNATIONAL INDEX (FZILX) | B | Dividend | L | T | Buy (add'l) | 01/03/20 | K | | |
| 7. FIDELITY ZERO TOTAL MARKET INDEX (FZROX) | B | Dividend | L | T | Buy (add'l) | 01/03/20 | K | | |
| 8. ACCOUNT #3 (H) | | | | | | | | | |
| 9. STATE STREET GLOBAL ADVISORS S&P 500 INDEX N (SVSPX) | A | Int./Div. | J | T | Sold (part) | 06/15/20 | J | | |
| 10. ACCOUNT #4 (H) | | | | | | | | | |
| 11. DFA INTERNATIONAL SMALL CAP VALUE I (DISVX) | B | Dividend | M | T | | | | | |
| 12. DFA US MICRO CAP I (DFSCX) | A | Dividend | K | T | | | | | |
| 13. DFA US SMALL CAP VALUE I (DFSVX) | B | Dividend | L | T | | | | | |
| 14. ACCOUNT #5 (H) | | | | | | | | | |
| 15. FIDELITY TOTAL MARKET INDEX FUND (FSKAX) | B | Dividend | L | T | Buy | 01/13/20 | L | | |
| 16. FIDELITY TOTAL INTL INDEX FD (FTIHX) | B | Dividend | L | T | Buy | 01/13/20 | L | | |
| 17. ACCOUNT #6 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kidd, Embry J. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PKY WP JV, LLC | | None | K | U | Sold (part) | 04/01/20 | L | E | |
| 19. PKY LAKELAND OPERATOR, LLC | | None | K | U | Buy (add'l) | 07/28/20 | J | | |
| 20. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 21. PKY HOUSTON I, LLC | | None | M | U | | | | | |
| 22. PKY TITANIUM OPERATOR LLC | | None | K | U | Buy | 12/30/20 | K | | |
| 23. ACCOUNT #7 (H) | | | | | | | | | |
| 24. FDIC INS DEPOSIT WELLS FARGO (cash) (Y) | | | | | | | | | |
| 25. FIDELITY CORE ACCOUNT BANK DEPOSIT PROGRAM (cash) (X) | A | Interest | K | T | | | | | |
| 26. FIDELITY TAX EXEMPT MMKT FD PREMIUM (FZEXX) (cash equiv) | A | Dividend | J | T | | | | | |
| 27. ACCOUNT #8 (H) | | | | | | | | | |
| 28. FIDELITY TREASURY MONEY MARKET (FZFXX) (cash) | A | Dividend | K | T | | | | | |
| 29. FIDELITY TAX EXEMPT MMKT FD PREMIUM (FZEXX) (cash equiv) (X) | A | Dividend | J | T | | | | | |
| 30. VANGUARD INTL EQUITY INDEX FUND INC TOTAL (VT) | A | Dividend | K | T | Buy (add'l) | 04/23/20 | J | | |
| 31. VANGUARD MUN BD FD INC (VTEB) (Y) | | | | | | | | | |
| 32. U.S. TREAS BILL ZERO CPN (912796TM1) | | None | | | Redeemed | 04/02/20 | K | | |
| 33. ACCOUNT #9 (H) | | | | | | | | | |
| 34. VANGUARD TOTAL WORLD STOCK INDEX ADMIRAL CL (VTWAX) (X) | B | Dividend | M | T | Buy (add'l) | 05/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kidd, Embry J. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 36. | | | | | Buy (add'l) | 06/11/20 | J | | |
| 37. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 38. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 39. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 40. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 41. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 42. | | | | | Buy (add'l) | 12/04/20 | J | | |
| 43. ACCOUNT #10 (H) | | | | | | | | | |
| 44. FDIC INS DEPOSIT HSBC BANK (cash) | A | Interest | J | T | | | | | |
| 45. ACCOUNT #11 (H) | | | | | | | | | |
| 46. FDIC INS DEPOSIT HSBC BANK (cash) | A | Interest | K | T | | | | | |
| 47. ACCOUNT #12 (H) | | | | | | | | | |
| 48. FIDELITY ZERO INTERNATIONAL INDEX (FZILX) | A | Dividend | J | T | | | | | |
| 49. FIDELITY ZERO TOTAL MARKET INDEX (FZROX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kidd, Embry J. | 08/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

The parenthetical number in Part VII is a CUSIP number.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Embry J. Kidd**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544